**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        In re Marcus Anthony Shuff

Appellate case number:    01-21-00307-CR

Trial court case number:  10CR0506

Trial court:                      405th District Court of Galveston County

Date motion filed:            September 2, 2021

Party filing motion:          Relator


It is ordered that the motion for rehearing is **denied**.  *See* TEX. R. APP. P. 52.9.


Judge's signature: _____/s/ Sherry Radack_____
                           Acting for the Court

Panel consists of: Chief Justice Radack and Justices Rivas-Molloy and Guerra.


Date:  __September 21, 2021___